1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jessica O. Villegas

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10
   JESSICA O. VILLEGAS,              ) Case No.: 5:12-cv-01354-SP
11                                   )
           Plaintiff,                ) {PROPOSED} ORDER AWARDING
12                                   ) EQUAL ACCESS TO JUSTICE ACT
       vs.                           ) ATTORNEY FEES AND EXPENSES
13                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
   CAROLYN W. COLVIN,[1] Acting      )
14 Commissioner of Social Security,  )
                                     )
15         Defendant                 )
                                     )
16 _____ )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19

20

21

22  _____
    [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
23  February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
    Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
24  Michael J. Astrue as Defendant in this suit. No further action need be taken to
    continue this suit by reason of the last sentence of section 205(g) of the Social
25  Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
    Commissioner as the Commissioner.
26

1   IT IS ORDERED that fees and expenses in the amount of $3,300.00 as
2   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
3   DATE: December 19, 2013

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ Steven G. Rosales

4  Steven G. Rosales
   Attorney for plaintiff Jessica O. Villegas